**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cr-00116-TWP-DML |
| ) | No. 1:15-cr-00165-TWP-DML |
| RUSSELL CHARLES TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## ENTRY VACATING FINAL PRETRIAL AND TRIAL

The Court notes that Defendant has filed with the Court his Petition to Enter Plea of Guilty and Request for Presentence Investigation in case 1:20-cr-00116-TWP-DML. The United States Probation Office is directed to prepare a presentence investigation report.

The final pretrial conference set June 29, 2021 and the jury trial set July 19, 2021 are VACATED. A change of plea and sentencing hearing will be set after disclosure of the presentence investigation report.

IT IS SO ORDERED.

Date:  6/22/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeremy Brian Gordon
Law Office of Jeremy Gordon
jeremy@gordondefense.com

Zachary Lee Newland
JEREMY GORDON, PLLC
zach@gordondefense.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kathryn.olivier@usdoj.gov

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brad.shepard@usdoj.gov